UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERBERT TURKIN,

                      Plaintiff,                             **AFFIDAVIT**
                                                                       **IN REPLY**

      v.

                                                                    04 CIV. 1324 (SCR)

GREGG MANNING AUCTIONS, GREG
MANNING, NOJEX, ROBERT G. ROSE,
ANDY KUPERSMIT, AMERICAN STAMP
DEALERS ASSOCIATION (ASDA), JOSEPH B.
SAVARESE, MATTHEW BENNETT INC.,
and MATTHEW BENNETT,

                      Defendants.
------------------------------------------------------------X
STATE OF NEW YORK        )
                                  ) SS.:
COUNTY OF NEW YORK  )

STEVE MADRA, being duly sworn, deposes and says

1. I am an associate of the law firm of QUIRK AND BAKALOR, P.C., attorneys for Defendants NORTH JERSEY FEDERATED STAMPS CLUBS INC. s/h/a NOJEX, ROBERT ROSE, ANDY KUPERSMIT (referred to herein collectively as NOJEX) and as such, I am thoroughly familiar with the facts and circumstances surrounding this matter.

2. This affidavit is made in reply to plaintiff's opposition to the instant motion seeking the dismissal of plaintiff's complaint based on Rule 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure.

3. Plaintiff's opposition papers admit that at least one defendant resides in the same state as the plaintiff. As outlined in our motions papers and memorandum of law, complete

diversity of citizenship of the parties does not exist where one of the defendants resides in the same state as the plaintiff.

4. As complete diversity is lacking and no federal question has been alleged by plaintiff, this court does not have subject matter jurisdiction. Therefore defendants' motion to dismiss the plaintiff's complaint should be granted and plaintiff's complaint must be dismissed.

WHEREFORE, it is respectfully requested that the instant motion be granted and that plaintiff's action be dismissed.

*Steve Madra*

Sworn to before me this
5th day of November, 2004.

Notary Public

LIZA R. FLEISSIG
Notary Public, State of New York
No. 02BE5089288
Qualified in New York County
Commission Expires Dec. 8, 20 05

☐ Verification By Attorney certify that the within has been compared by me with the original and found to be a true and complete copy.

☐ Attorney's Affirmation state that I am
the attorney(s) of record for _____ in the within
action; I have read the foregoing _____ and know the contents thereof;
the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF _____ ss.:
I, the undersigned, being duly sworn, depose and say: I am

☐ Individual Verification in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ Corporate Verification the _____ of _____
a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF    New York    ss.:    (If more than one box is checked—indicate after names type of service used.)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at    Bronx, N.Y.
On    November 8, 2004    I served the within    Affidavit in Reply

☐ Service By Mail by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ Personal Service on Individual by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

☐ Service by Electronic Means by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ Overnight Delivery Service by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

Mr. Herbert Turkin
5 Adler Place, #E
Bronx, New York 10475

Law Offices of Susan B. Owens
140 Grand Street, Suite 707
White Plains, New York 10601

Mr. Matthew Bennet
Matthew Bennett Inc.
1954 Greenspring Dr., Suite LL18
Baltimore, MD 21093

Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022

TAMIKA N. SANDERS
Notary Public, State of New York
No. 02SA6099052
Qualified in Queens County
Commission Expires September 22, 2007

*/s/ Tamika Sanders/*

*/s/ Maritza Aviles/*
................................................................
The name signed must be printed beneath
Maritza Aviles

Sworn to before me on    November 8, 2004

COURT

STATE OF NEW YORK COUNTY OF
SOUTHERN DISTRICT OF NEW YORK

Index No. 04 CIV 1324 (SCR) Year

HERBERT TURKIN,

                      Plaintiff,

    v.

GREGG MANNING AUCTIONS, et al.,

                      Defendants.

### AFFIDAVIT IN REPLY

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for*

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                 of which the within is a true copy
will be presented for settlement to the HON.         one of the judges of the
within named Court, at
on                       at            M.
Dated,

                                        Yours, etc.

                          **QUIRK AND BAKALOR, P.C.**