UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
HERBERT TURKIN,

              Plaintiff,

        v.                                04 CIV 1324 (SCR)

GREG MANNING AUCTION, GREG
MANNING, NOJEX, ROBERT G. ROSE, ANDY
KUPERSMIT, AMERICAN STAMP DEALERS
ASSOCIATION (ASDA), JOSEPH B.
SAVARESE, MATTHEW BENNETT INC., and
MATTHEW BENNETT,

              Defendants.
---------------------------------------------------------- x

## ANSWER OF DEFENDANT GREG MANNING
## TO CROSS-CLAIM OF DEFENDANTS
## NORTH JERSEY FEDERATED STAMPS CLUBS INC.,
## ROBERT G. ROSE, AND ANDY KUPERSMIT

       Defendant Greg Manning ("Manning"), by his attorneys, Kramer Levin Naftalis & Frankel LLP, for his answer to the cross-claim (the "Cross-Claim") of defendants North Jersey Federated Stamps Clubs Inc., sued in this action as "NOJEX," Robert G. Rose ("Rose"), and Andy Kupersmit ("Kupersmit"), states as follows:

       1.       Manning denies each and every allegation in the one paragraph of the Cross-Claim.

### FIRST AFFIRMATIVE DEFENSE

       The Cross-Claim fails to state a claim upon which relief can be granted against Manning.

KL3:2337383.1

## SECOND AFFIRMATIVE DEFENSE
## AND CROSS-CLAIM AGAINST
## <u>DEFENDANTS NOJEX, ROSE AND KUPERSMIT</u>

If the plaintiff was caused to sustain damages at the times and places set forth in the plaintiff's "complaint" through any conduct or misconduct other than the plaintiff's own conduct or misconduct, then such damages to the plaintiff were proximately caused by the conduct or misconduct and/or the acts of omission or commission of defendants NOJEX, Rose, and Kupersmit.

As a result of the conduct or misconduct of defendants NOJEX, Rose, and Kupersmit, those defendants will be liable to the plaintiff in the event and in the full amount of any recovery in this action by the plaintiff, or for that proportion of the plaintiff's damages that were caused by the relative responsibility of defendants NOJEX, Rose, and Kupersmit, and defendants NOJEX, Rose, and Kupersmit are liable to pay any and all of Manning's attorneys' fees, costs, and disbursements.

WHEREFORE, defendant Greg Manning respectfully requests that judgment be entered dismissing the Cross-Claim of defendants North Jersey Federated Stamps Clubs Inc., sued in this action as "NOJEX," Robert G. Rose, and Andy Kupersmit, and that judgment be entered against defendants North Jersey Federated Stamps Clubs Inc., sued in this action as "NOJEX," Robert G. Rose, and Andy Kupersmit, on the cross-claim of defendant Greg

Manning, together with Manning's costs, disbursements, and attorneys' fees in this action, as well as such other and further relief as the Court may deem to be just and proper.

Dated:  New York, New York
        May 3, 2004

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        By: _____
                                            Arthur H. Aufses III (AA-8590)
                                        919 Third Avenue
                                        New York, New York 10022
                                        (212) 715-9100

                                        Attorneys for Defendant Greg Manning